UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>JULIE MOORE, in her official capacity as the Secretary of the Vermont Agency of Natural Resources and JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office,<br><br>*Defendants*. | Civil Action No. _____ |

## **PLAINTIFFS RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Plaintiffs Chamber of Commerce of the United States of America (the Chamber) and American Petroleum Institute (API) make the following disclosures:

1. The Chamber states that it is a non-profit, tax-exempt organization incorporated in the District of Colombia. The Chamber has no parent corporation, and no publicly held company owns 10% or more of the organization.

2. API states that it is a non-profit trade association. It has no parent corporation. API does not issue stock. No publicly held company owns 10% or more of the organization.

| | |
|---|---|
| Dated: December 30, 2024 | Respectfully submitted,<br>*/s/ Matthew B. Byrne*<br>Matthew B. Byrne<br>GRAVEL & SHEA PC<br>76 St. Paul Street, 7th Floor<br>Burlington, VT 05402-0369<br>Telephone: (802) 658-0220<br>Fax: (802) 658-1456<br>Email: mbyrne@gravelshea.com |
| Jennifer B. Dickey<br>Kevin R. Palmer<br>U.S. Chamber Litigation Center<br>1615 H Street, NW<br>Washington, DC 20062<br>Telephone: (202) 463-5337<br><br>*Counsel for Plaintiff the Chamber of Commerce of the United States of America*<br><br>Ryan Meyers<br>John Wagner<br>American Petroleum Institute<br>200 Massachusetts Avenue, NW,<br>  Suite 1200<br>Washington, DC 20001<br>Telephone: (202) 682-8000<br><br>*Counsel for Plaintiff American Petroleum Institute* | Steven P. Lehotsky*<br>Scott A. Keller*<br>Michael B. Schon*<br>LEHOTSKY KELLER COHN LLP<br>200 Massachusetts Avenue, NW,<br>  Suite 700<br>Washington, DC 20001<br>Telephone: (512) 693-8350<br>Fax: (512) 727-4755<br>Email: steve@lkcfirm.com<br>Email: scott@lkcfirm.com<br>Email: mike@lkcfirm.com<br><br>Matthew H. Frederick*<br>LEHOTSKY KELLER COHN LLP<br>408 W. 11th Street, 5th Floor<br>Austin, TX 78701<br>Telephone: (512) 693-8350<br>Fax: (512) 727-4755<br>Email: matt@lkcfirm.com<br><br>Jared B. Magnuson*<br>LEHOTSKY KELLER COHN LLP<br>3280 Peachtree Road NE<br>Atlanta, GA 30305<br>Telephone: (512) 693-8350<br>Fax: (512) 727-4755<br>Email: jared@lkcfirm.com<br><br>*Counsel for Plaintiffs the Chamber of Commerce of the United States of America and American Petroleum Institute*<br><br>**pro hac vice forthcoming* |

2