UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br><br>        Plaintiffs,<br><br>   v.<br><br>JULIE MOORE, in her official capacity as the Secretary of the Vermont Agency of Natural Resources and<br>JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office,<br><br>        Defendants. | Case No. 2:24-cv-1513 |

**STIPULATED MOTION TO SET INITIAL BRIEFING SCHEDULE**

Plaintiffs Chamber of Commerce of the United States of America and American Petroleum Institute and Defendants Julie Moore and Jane Lazorchak, by and through counsel, jointly move for an extension of Defendants' deadline for responding to the Complaint and adoption of a proposed briefing schedule, as described below. In support of their motion, the parties state as follows:

1. Plaintiffs filed their complaint December 30, 2024.

2. Plaintiffs served their complaint on Defendants on February 26, 2025.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' responsive pleading is currently due March 19, 2025.

4. Due to the significance and complexity of the claims raised in Plaintiffs' Complaint,

1

Defendants have sought Plaintiffs' consent to an extension of their deadline for responding to the Complaint.

5. Counsel for the parties have conferred and agreed on a proposed schedule for responsive pleadings and motions. Defendants expect to move to dismiss the Complaint, and Plaintiffs expect to be prepared to move for partial summary judgment on Counts I and II of the Complaint. Accordingly, the parties have agreed upon the following proposed briefing schedule:

- Defendants shall file their responsive pleading or motion to dismiss by May 19, 2025.

- Plaintiffs shall oppose Defendants' motion to dismiss by June 18, 2025. If Plaintiffs intend to move for partial summary judgment in their favor on Counts I and II of the Complaint, they shall file that motion by June 18, 2025.

- Defendants shall file any reply in support of their motion to dismiss or opposition to Plaintiffs' motion for partial summary judgment, if any, by August 15, 2025.

- Plaintiffs shall file any reply in support of their motion for partial summary judgment by September 5.

6. The parties request the Court set oral argument on their motions to dismiss and/or for summary judgment in October or November 2025, depending on the Court's convenience.

7. Pursuant to L.R. 26(a)(2), the parties are currently required to file a proposed discovery schedule as prescribed by L.R. 84 by April 27, 2025.[1] If the Court adopts the briefing

---

[1] The discovery schedule is required to be filed "by the parties within the earlier of 75 days after any defendant has been served with the complaint or 45 days after any defendant has appeared." L.R.

schedule proposed above, the parties believe a significant portion of this matter may be efficiently resolved through motion practice. Accordingly, the parties respectfully request that, if it grants the instant motion, the Court also enlarge the parties' obligation to file a discovery schedule until fourteen days after the Court's decision(s) on any motions made pursuant to the proposed briefing schedule.

---

26(a)(2). A defendant was first served February 26, 2025. Doc. 7. Seventy-five days after February 26, 2025, is May 12, 2025. A defendant first appeared March 12, 2025. Doc. 13. Forty-five days after March 12, 2025, is Saturday, April 25, 2025, meaning the deadline eventually falls on Monday, April 27. *See* F.R.C.P. 6(a)(1).

3

Dated: March 19, 2024

By: */s/ Steven P. Lehotsky*

Matthew B. Byrne
GRAVEL & SHEA PC
76 St. Paul Street, 7th Floor
Burlington, VT 05402-0369
Telephone: (802) 658-0220
Fax: (802) 658-1456
Email: mbyrne@gravelshea.com

Steven P. Lehotsky*
Scott A. Keller*
Michael B. Schon*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Avenue, NW,
　Suite 700
Washington, DC 20001
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: steve@lkcfirm.com
Email: scott@lkcfirm.com
Email: mike@lkcfirm.com

Matthew H. Frederick*
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: matt@lkcfirm.com

Jared B. Magnuson*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
Telephone: (512) 693-8350
Fax: (512) 727-4755
Email: jared@lkcfirm.com

*Counsel for Plaintiffs the Chamber of Commerce of the United States of America and American Petroleum Institute*

Respectfully submitted,

By: */s/ Jonathan T. Rose*

Jonathan T. Rose
Solicitor General
Laura B. Murphy
Assistant Attorney General
Patrick T. Gaudet
Assistant Attorney General
Hannah W. Yindra
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3171
jonathan.rose@vermont.gov
laura.murphy@vermont.gov
patrick.gaudet@vermont.gov
hannah.yindra@vermont.gov

Attorneys for Defendants

4

Jennifer B. Dickey*
Kevin R. Palmer*
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
Telephone: (202) 463-5337

*Counsel for Plaintiff the Chamber of Commerce of the United States of America*

Ryan Meyers*
American Petroleum Institute
200 Massachusetts Avenue, NW,
    Suite 1200
Washington, DC 20001
Telephone: (202) 682-8000

*Counsel for Plaintiff American Petroleum Institute*

**admitted pro hac vice*