IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>  Plaintiffs<br>v.<br><br>JULIE MOORE, in her official capacity as The Secretary of the Vermont Agency of Natural Resources and<br>JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office,<br>  Defendants | Case No. 2:24-cv-1513 |

## AMENDED SCHEDULING ORDER

Plaintiffs filed their Complaint on December 30, 2024 {ECF No. 1]. Defendants were served with the Complaint on February 26, 2024 {ECF Nos. 7 & 8]. Pursuant to Federal Rules of Civil Procedure 12(a)(1)(a)(i), Defendants' responsive pleading is currently due March 19, 2025. The parties have jointly moved for an extension of Defendants' deadline for responding to the Complaint.

Based on the stipulation of the parties, the previously imposed deadlines are amended as follows:

IT IS HEREBY ORDERED:

  1. Defendants shall file their responsive pleading or motion to dismiss by May 19, 2025.

  2. Plaintiffs shall oppose Defendants' motion to dismiss by June 18, 2025. If Plaintiffs intend to move for partial summary judgment in their favor on Counts I and II of the Complaint, they shall file that motion by June 18, 2025.

3. Defendants shall file any reply in support of their motion to dismiss or opposition to Plaintiffs' Motion for partial summary judgment, if any, by August 15, 2025.

4. Plaintiffs shall file any reply in support of their motion for partial summary judgment by September 5, 2025.

5. The parties shall file a discovery schedule 14 days after the Court's decision(s) on any motions made pursuant to this Amended Scheduling Order.

SO ORDERED this 20th day of March 2025.

_____
Mary Kay Lanthier
United States District Court Judge