UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JULIE MOORE, et al.,<br><br>*Defendants*,<br><br>and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION,<br><br>*Proposed Defendant-Intervenors.* | No. 24-cv-1513 (MKL) |

**NORTHEAST ORGANIC FARMING ASSOCIATON OF VERMONT AND CONSERVATION LAW FOUNDATION'S MOTION TO INTERVENE AND FOR LEAVE TO DEFER FILING A RESPONSIVE PLEADING**

Northeast Organic Farming Association of Vermont and Conservation Law Foundation hereby move for permissive intervention in the above-captioned proceeding pursuant to Federal Rule of Civil Procedure 24(b)(1)(B). Movants also seek leave to defer filing their responsive pleading pursuant to Federal Rule of Civil Procedure 24(c) until 14 calendar days after Defendants' deadline to file a responsive pleading. Pursuant to Local Rule 7(a)(7), the undersigned counsel have consulted with the parties to seek agreement to the requested relief. Counsel for Defendants represented that Defendants consent to the relief requested by this Motion. Counsel for Plaintiffs represented that Plaintiffs oppose the requested relief. A Memorandum of Law supporting this motion is attached separately.

Movants respectfully request oral argument.

1

Dated: March 31, 2025                               Respectfully submitted,

/s/ Bridget Asay
Bridget Asay
STRIS & MAHER LLP
15 East State Street, Suite 2
Montpelier, VT 05602
Telephone: (802) 858-4285
Email: basay@stris.com

Michael Donofrio
STRIS & MAHER LLP
15 East State Street, Suite 2
Montpelier, VT 05602
Telephone: (802) 858-4465
Email: mdonofrio@stris.com

*Counsel for Northeast Organic Farming Association of Vermont*

/s/ Mitchell S. Bernard
Mitchell S. Bernard*
Natural Resources Defense Council, Inc.
40 West 20th Street, 11th Floor
New York, NY 10011
Telephone: (212) 727-4469
Email: mbernard@nrdc.org

Adeline S. Rolnick*
Natural Resources Defense Council, Inc.
1152 15th Street Suite 300
Washington, DC 20005
Telephone: (202) 513-6240
Email: arolnick@nrdc.org

*Counsel for Northeast Organic Farming Association of Vermont and Conservation Law Foundation*

*Motion for pro hac vice forthcoming

/s/ Elena M. Mihaly
Elena M. Mihaly
Conservation Law Foundation, Inc.

2

15 East State Street, Ste. 4
Montpelier, VT 05602
Phone: (802) 622-3012
emihaly@clf.org

*Counsel for Conservation Law Foundation*