UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., <br><br>    *Plaintiffs*, <br><br>v. <br><br>JULIE MOORE, et al., <br><br>    *Defendants*, <br><br>and <br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION, <br><br>    *Proposed Defendant-Intervenors*. | No. 24-cv-1513 (MKL) |

**CORPORATE DISCLOSURE STATEMENTS FOR PROPOSED DEFENDANT-INTERVENORS**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, and to assist the judges of this Court in determining the need for recusal, the undersigned counsel of record for Proposed Defendant-Intervenors certify as follows:

To the best of my knowledge and belief, the Northeast Organic Farming Association of Vermont has no parent companies, subsidiaries, or affiliates that have issued shares to the public. No person or corporate entity owns 10% or more of the Northeast Organic Farming Association of Vermont.

Dated: March 31st, 2025                              Respectfully submitted,

                                                                        */s/ Bridget Asay*
                                                                        Bridget Asay

STRIS & MAHER LLP
15 East State Street, Suite 2
Montpelier, VT 05602
Telephone: (802) 858-4285
Email: basay@stris.com

Michael Donofrio
STRIS & MAHER LLP
15 East State Street, Suite 2
Montpelier, VT 05602
Telephone: (802) 858-4465
Email: mdonofrio@stris.com

*Counsel for Northeast Organic Farming Association of Vermont*

/s/ Mitchell S. Bernard
Mitchell S. Bernard*
Natural Resources Defense Council, Inc.
40 West 20th Street, 11th Floor
New York, NY 10011
Telephone: (212) 727-4469
Email: mbernard@nrdc.org

Adeline S. Rolnick*
Natural Resources Defense Council, Inc.
1152 15th Street Suite 300
Washington, DC 20005
Telephone: (202) 513-6240
Email: arolnick@nrdc.org

*Counsel for Northeast Organic Farming Association of Vermont and Conservation Law Foundation*

*\*Motion for pro hac vice forthcoming*

To the best of my knowledge and belief, the Conservation Law Foundation has no parent companies, subsidiaries, or affiliates that have issued shares to the public. No person or corporate entity owns 10% or more of the Conservation Law Foundation.

Dated: March 31st, 2025                                   Respectfully submitted,

/s/ Elena M. Mihaly
Elena M. Mihaly
Conservation Law Foundation, Inc.
15 East State Street, Ste. 4
Montpelier, VT 05602
Telephone: (802) 622-3012
Email: emihaly@clf.org

*Counsel for Conservation Law Foundation*

/s/ Mitchell S. Bernard
Mitchell S. Bernard*
Natural Resources Defense Council, Inc.
40 West 20th Street, 11th Floor
New York, NY 10011
Telephone: (212) 727-4469
Email: mbernard@nrdc.org

Adeline S. Rolnick*
Natural Resources Defense Council, Inc.
1152 15th Street Suite 300
Washington, DC 20005
Telephone: (202) 513-6240
Email: arolnick@nrdc.org

*Counsel for Northeast Organic Farming Association of Vermont and Conservation Law Foundation*

*Motion for pro hac vice forthcoming*