AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| Chamber of Commerce of the United States of America et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:24-cv-1513-mkl |
| Julie Moore, in her official capacity as the Sec'y of VT ANR et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Proposed Intervenor-Plaintiff States.

Date:   05/01/2025

/s/ Brady C. Toensing
*Attorney's signature*

Brady C. Toensing; VT Bar 3891
*Printed name and bar number*

DIGENOVA & TOENSING
1775 Eye Street NW
Suite 1150
Washington, DC 20006
*Address*

Brady@digtoe.com
*E-mail address*

(202) 297-4245
*Telephone number*

*FAX number*