UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br><br>*Plaintiffs*,<br><br>and<br><br>WEST VIRGINIA, et al.,<br><br>*Proposed Intervenor-Plaintiffs*,<br><br>v.<br><br>JULIE MOORE, in her official capacity as the Secretary of the Vermont Agency of Natural Resources, and JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office,<br><br>*Defendants*. | CASE NO. 2:24-cv-1513-mkl |

## STIPULATED MOTION TO INTERVENE

Plaintiffs State of West Virginia, State of Alabama, State of Alaska, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, Commonwealth of Kentucky, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, and State of Wyoming hereby move to intervene in the above-captioned proceeding pursuant to Federal Rule of Civil Procedure 24. Pursuant to Local Rule 7(a)(7), the undersigned counsel have consulted with the parties to seek agreement to the requested relief. Counsel for Defendants represented that Defendants do not oppose intervention. Counsel for Plaintiffs represented that Plaintiffs do not

1

oppose intervention. A Memorandum of Law in support of this motion and a Proposed Complaint are attached hereto.

Dated: May 1, 2025                                                      Respectfully submitted,

| | |
|---|---|
| */s/ Brady C. Toensing* <br> Brady C. Toensing <br> DIGENOVA & TOENSING <br> 1775 Eye Street NW <br> Suite 1150 <br> Washington, DC 20006 <br> (202) 297-4245 <br> Brady@digtoe.com <br><br> */s/ Michael W. Kirk* <br> Michael W. Kirk* <br> Adam P. Laxalt* <br> Megan M. Wold* <br> Brian W. Barnes* <br><br> Cooper & Kirk, PLLC <br> 1523 New Hampshire Ave., N.W. <br> Washington, D.C., 20036 <br> Telephone: (202) 220-9600 <br> Facsimile: (202) 220-9601 <br> mkirk@cooperkirk.com <br> alaxalt@cooperkirk.com <br> mwold@cooperkirk.com <br> bbarnes@cooperkirk.com | JOHN B. MCCUSKEY <br>   ATTORNEY GENERAL OF WEST VIRGINIA <br><br> */s/ Michael R. Williams* <br> Michael R. Williams* <br>   *Solicitor General* <br> Caleb B. David* <br>   *Deputy Solicitor General* <br> Spencer J. Davenport* <br>   *Assistant Solicitor General* <br><br> Office of the Attorney General <br> of West Virginia <br> State Capitol Complex <br> Building 1, Room E-26 <br> 1900 Kanawha Blvd. E <br> Charleston, WV 25301 <br> (304) 558-2021 <br> michael.r.williams@wvago.gov <br> caleb.a.david@wvago.gov <br> spencer.j.davenport@wvago.gov |

*Counsel for State of West Virginia*

<div style="display: flex;">
<div>

STEVE MARSHALL
  ATTORNEY GENERAL OF ALABAMA

*/s/ Robert M. Overing*
Robert M. Overing*
  *Deputy Solicitor General*

Office of the Attorney General
of Alabama
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Robert.Overing@AlabamaAG.gov

*Counsel for State of Alabama*


TIM GRIFFIN
  ATTORNEY GENERAL OF ARKANSAS

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson*
  *Solicitor General*

Office of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-3661
Autumn.Patterson@Arkansasag.Gov

*Counsel for the State of Arkansas*

</div>
<div>

TREG TAYLOR
  ATTORNEY GENERAL OF ALASKA

*/s/ Thomas Mooney-Myers*
Thomas Mooney-Meyers*
  *Assistant Attorney General*

Alaska Department of Law
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
(907) 269-5100
thomas.mooney-myers@alaska.gov

*Counsel for State of Alaska*


JAMES UTHMEIER
  ATTORNEY GENERAL OF FLORIDA

Jeffrey Paul DeSousa*
  *Acting Solicitor General*

*/s/ Christine Pratt*
Christine Pratt (FBN 0100351)*
  *Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
christine.pratt@myfloridalegal.com

*Counsel for State of Florida*

</div>
</div>

CHRISTOPHER M. CARR
  ATTORNEY GENERAL OF GEORGIA

Stephen J. Petrany
  *Solicitor General*

*/s/ Elijah O'Kelley*
Elijah O'Kelley*
  *Assistant Solicitor General*

Office of the Attorney General of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334
(470) 816-1342
eokelley@law.ga.gov

*Counsel for State of Georgia*

RAÚL R. LABRADOR
  ATTORNEY GENERAL OF IDAHO

*/s/ Michael A. Zarian*
Michael A. Zarian #12418ID*
  *Deputy Solicitor General*

Office of the Idaho Attorney General
700 W. Jefferson St., Suite 210,
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
michael.zarian@ag.idaho.gov

*Counsel for the State of Idaho*

THEODORE E. ROKITA
  ATTORNEY GENERAL OF INDIANA

*/s/ James A. Barta*
James A. Barta*
  *Solicitor General*

Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
james.barta@atg.in.gov

*Counsel for State of Indiana*

BRENNA BIRD
  ATTORNEY GENERAL OF IOWA

*/s/ Eric H. Wessan*
Eric H. Wessan*
  *Solicitor General*

1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*

4

KRIS W. KOBACH
  ATTORNEY GENERAL OF KANSAS

*/s/ Anthony J. Powell*
Anthony J. Powell\*
  *Solicitor General*

Office of the Kansas Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel.: (785) 368-8539
Fax: (785) 296-3131
Anthony.Powell@ag.ks.gov

*Counsel for State of Kansas*

LIZ MURRILL
  ATTORNEY GENERAL OF LOUISIANA

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga\*
  *Solicitor General*

Office of the Louisiana Attorney General
1885 N. Third Street
Baton Rouge, LA 70802
(225) 326-6705
AguinagaB@ag.louisiana.gov

*Counsel for State of Louisiana*

RUSSELL COLEMAN
  ATTORNEY GENERAL OF KENTUCKY

*/s/ Victor B. Maddox*
Victor B. Maddox (KBA No. 43095)\*
Jason P. Woodall (KBA No. 95013)\*

Kentucky Office of the Attorney General
310 Whittington Parkway, Suite 101
Louisville, KY 40222
(502) 696-5300
Victor.Maddox@ky.gov
Jason.Woodall@ky.gov

*Counsel for Commonwealth of Kentucky*

ANDREW BAILEY
  ATTORNEY GENERAL OF MISSOURI

/s/ *Joshua M. Divine*
Joshua M. Divine\*
  *Solicitor General*

Missouri Attorney General's Office
207 West High St.
Jefferson City, MO 65101
(573) 751-8870
Josh.Divine@ago.mo.gov

*Counsel for State of Missouri*

<div style="columns: 2">

AUSTIN KNUDSEN
  ATTORNEY GENERAL OF MONTANA

/s/ *Christian B. Corrigan*
Christian B. Corrigan*
  *Solicitor General*
Peter M. Torstensen, Jr.
  *Deputy Solicitor General*

Montana Department of Justice
215 N. Sanders Street
Helena, Montana 59601
(406) 444-2707
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Counsel for State of Montana*


DREW H. WRIGLEY
  ATTORNEY GENERAL OF NORTH DAKOTA

/s/ *Philip Axt*
Philip Axt*
  *Solicitor General*

600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Phone: (701) 328-2210
Email: pjaxt@nd.gov

*Counsel for the State of North Dakota*


MICHAEL T. HILGERS
  ATTORNEY GENERAL OF NEBRASKA

/s/ *Zachary A. Viglianco*
Zachary A. Viglianco*
  *Acting Solicitor General*

Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297
zachary.viglianco@nebraska.gov

*Counsel for State of Nebraska*


DAVE YOST
  ATTORNEY GENERAL OF OHIO

/s/ *T. Elliot Gaiser*
T. Elliot Gaiser*
  *Solicitor General*

30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-466-8980
614-466-5087 fax
thomas.gaiser@ohioago.gov

*Counsel for the State of Ohio*

</div>

<div style="display: flex;">
<div>

GENTNER DRUMMOND
  ATTORNEY GENERAL OF OKLAHOMA

*/s/ Garry M. Gaskins, II*
Garry M. Gaskins, II*
  *Solicitor General*

Office of the Attorney General of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov

*Counsel for State of Oklahoma*


MARTY J. JACKLEY
  ATTORNEY GENERAL OF SOUTH DAKOTA

*/s/ Jonathan Van Patten*
Jonathan Van Patten*
  *Assistant Attorney General*

South Dakota Attorney General's Office
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone: 605-773-3215
E-mail: jonathan.vanpatten@state.sd.us

*Counsel for State of South Dakota*

</div>
<div>

ALAN WILSON
  ATTORNEY GENERAL OF SOUTH CAROLINA

*/s/ J. Emory Smith, Jr.*
J. Emory Smith, Jr.*
  *Solicitor General*

Office of the Attorney General of South Carolina
Post Office Box 11549
Columbia, South Carolina 29211
(803) 734-3680
esmith@scag.gov

*Counsel for State of South Carolina*


JONATHAN SKRMETTI
  ATTORNEY GENERAL AND REPORTER OF TENNESSEE

*/s/ Whitney D. Hermandorfer*
Whitney D. Hermandorfer*
  *Director of Strategic Litigation*

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Whitney.Hermandorfer@ag.tn.gov

*Counsel for State of Tennessee*

</div>
</div>

KEN PAXTON
  ATTORNEY GENERAL OF TEXAS

Brent Webster
*First Assistant Attorney General*

Ralph Molina
*Deputy First Assistant Attorney General*

Ryan D. Walters
*Deputy Attorney General for Legal Strategy*

*/s/ Ryan G. Kercher*
Ryan G. Kercher*
  *Chief, Special Litigation Division*
Texas Bar No. 24060998

Kathleen Hunker*
  *Deputy Chief, Special Litigation Division*
Tex. State Bar No. 24118415

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Kercher@oag.texas.gov
Kathleen.hunker@oag.texas.gov

*Counsel for State of Texas*

DEREK E. BROWN
  ATTORNEY GENERAL OF UTAH

*/s/ Gary T. Wight*
Gary T. Wight (Utah Bar No. 10994)*
  *Assistant Attorney General*

1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
(801) 538-7227
gwight@agutah.gov

*Counsel for State of Utah*

8

BRIDGET HILL
  ATTORNEY GENERAL OF WYOMING

*/s/ Ryan Schelhaas*
Ryan Schelhaas*
  *Chief Deputy Attorney General*

Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for State of Wyoming*


\*motion for pro hac vice admission forthcoming