IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF VERMONT

CHAMBER OF COMMERCE OF THE UNITED
STATES OF AMERICA and
AMERICAN PETROLEUM INSTITUTE,
         Plaintiffs,

WEST VIRGINIA, et al,
         Intervenor-Plaintiff

Civil Action No. 2:24-01513

v.

JULIE MOORE, in her official capacity as
the Secretary of the Vermont Agency of
Natural Resources and JANE
LAZORCHAK, in her official capacity as the
Director of the Vermont Agency of Natural
Resources Climate Action Office,
         Defendants

## ORDER

The court GRANTS Defendants' Stipulated Motion to Suspend and Reset Briefing Schedule. The court orders the following:

1. The current briefing schedule, including the State's responsive pleading deadline and the parties' Local Rule 26(a)(2) proposed discovery schedule is suspended until further order of the court.

2. The parties shall confer on a briefing schedule after the State is served in Case No. 2:25-cv-00463 and the court rules on the pending motion to intervene in the case, and submit a stipulated schedule or competing proposed schedules within fourteen days of the latter of the two events.

Dated at Rutland, in the District of Vermont this 23rd day of May 2025.

                                                        Hon. Mary Kay Lanthier
                                                        United States District Court Judge