UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>    Plaintiffs,<br><br>STATE OF WEST VIRGINIA, STATE OF ALABAMA, STATE OF ALASKA, STATE OF ARKANSAS, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF IDAHO, STATE OF INDIANA, STATE OF IOWA, STATE OF KANSAS, COMMONWEALTH OF KENTUCKY, STATE OF LOUISIANA, STATE OF MISSOURI, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF UTAH, and STATE OF WYOMING,<br>    Intervenor-Plaintiffs,<br><br>    v.<br><br>JULIE MOORE, in her official capacity as the Secretary of the Vermont Agency of Natural Resources and JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office,<br>    Defendants,<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION<br>    Intervenor-Defendants. | No. 2:24-cv-01513 |

## **SCHEDULING ORDER**

Based on the stipulation of the parties in this case, as well as in Case No. 2:25-cv-463, the court issues the following scheduling order:

1. Defendants shall file their responsive pleading(s) or motion(s) to dismiss on or before August 15, 2025.

2. Intervenor-Defendants shall file their responsive pleading(s) or motion(s) to dismiss on or before August 22, 2025.

3. Plaintiffs and Intervenor-Plaintiffs shall oppose any motion to dismiss and file motions for summary judgment on or before September 15, 2025.

4. Defendants shall file (i) any reply(ies) in support of their motion(s) to dismiss; and (ii) any opposition(s) to summary judgment (and/or cross-motion(s) for summary judgment) on or before November 17, 2025.

5. Intervenor-Defendants shall file (i) any reply(ies) in support of their motion(s) to dismiss, (ii) any opposition(s) to summary judgment (and/or cross-motion(s) for summary judgment) on or before November 21, 2025.

6. Plaintiffs and Intervenor-Plaintiffs shall file any reply(ies) in support of their motion(s) for summary judgment and/or any opposition(s) to cross-motions on or before December 15, 2025.

7. Defendants' and Intervenor-Defendants' deadline to file reply(ies) in support of any cross-motion(s) for summary judgment shall be as by rule.

Additionally, the court advises the following:

1. For any of the filings outlined above, the Parties may elect to consolidate their memoranda supporting or opposing the relevant motions into a single document, in which case the page limit shall be the sum of the applicable page limits for each memorandum set by local rule.

2. For any of the filings outlined above, the Defendants may, at their option, file a single document relating to claims/issues raised in both this case and Case No. 25-cv-463. Any such consolidated documents must be filed in both cases.

Finally, the parties' obligations to file a proposed discovery schedule pursuant to L.R. 26(a)(2) is suspended until fourteen days after the court's decision(s) on any motions made pursuant to this scheduling order.

SO ORDERED, this 27th day of June 2025.

*Mary Kay Lanthier*
Mary Kay Lanthier
United States District Court Judge