UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>    *Plaintiffs*,<br>v.<br>STATE OF VERMONT, et al.,<br>    *Defendants*,<br>and<br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION,<br>    *Intervenor-Defendants.* | No. 2:25-cv-00463 |
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>    *Plaintiffs*,<br>and<br>STATE OF WEST VIRGINIA, et al.,<br>    *Intervenor-Plaintiffs,*<br>v.<br>JULIE MOORE, et al.,<br>    *Defendants*,<br>and<br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION,<br>    *Intervenor-Defendants.* | No. 2:24-cv-01513 |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Upon consideration of all parties' consent, the Motion of Economists Joseph E. Stiglitz et al. for Leave to File Brief as *Amici Curiae*, and for good cause shown,

1. The Motion for Leave to File Brief as *Amici Curiae* is hereby GRANTED;

2. The proposed *amici curiae* brief is hereby deemed FILED.

**SO ORDERED**, this _____ day of _____ 2025.

_____
Hon. Mary Kay Lanthier
United States District Court Judge