# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>      *Plaintiffs*,<br><br>v.<br><br>STATE OF VERMONT, et al.,<br><br>      *Defendants*,<br><br>and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br><br>      *Intervenor-Defendants*. | No. 2:25-cv-00463 |
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br><br>      *Plaintiffs*,<br><br>and<br><br>STATE OF WEST VIRGINIA, et al.,<br><br>      *Intervenor-Plaintiffs,*<br><br>v.<br><br>JULIE MOORE, et al.,<br><br>      *Defendants*,<br><br>and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br><br>      *Intervenor-Defendants*. | No. 2:24-cv-01513 |

**INTERVENOR-DEFENDANTS' MOTION TO DISMISS**

Intervenor-Defendants Northeast Organic Farming Association of Vermont and Conservation Law Foundation hereby move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the Complaints in the above-captioned matters. *See* Compl., *Chamber of Com. v. Moore*, No. 24-cv-1513 (D. Vt. Dec. 30, 2024), ECF No. 1; Intervenor Compl., *Chamber of Com. v. Moore*, No. 24-cv-1513 (D. Vt. May 7, 2025), ECF No. 31; Compl., *United States v. Vermont*, No. 25-cv-463 (D. Vt. May 1, 2025), ECF No. 1. As explained in the accompanying memorandum, the State Plaintiffs and the United States lack standing to assert all their claims and lack a cause of action; all of Plaintiffs' claims are unripe for judicial review; and as to Counts I and II of all three complaints and Count V of the United States' complaint, Plaintiffs fail to state a claim that the Vermont Act is preempted by federal law. A Memorandum of Law supporting this motion is attached separately.

      Intervenor-Defendants respectfully request oral argument.

Dated: August 22, 2025                    Respectfully submitted,

                                                */s/ Bridget Asay*
                                                Bridget Asay
                                                Michael Donofrio
                                                STRIS & MAHER LLP
                                                15 East State Street, Suite 2
                                                Montpelier, VT 05602
                                                Phone: (802) 858-4285
                                                basay@stris.com

                                                *Counsel for Northeast Organic Farming Association of Vermont*

                                                */s/ Adeline S. Rolnick*
                                                Adeline S. Rolnick
                                                Natural Resources Defense Council, Inc.
                                                1152 15th Street Suite 300
                                                Washington, DC 20005

Phone: (202) 513-6240
arolnick@nrdc.org
Mitchell S. Bernard
Natural Resources Defense Council, Inc.
40 West 20th Street, 11th Floor
New York, NY 10011
Phone: (212) 727-4469
mbernard@nrdc.org

*Counsel for Northeast Organic Farming Association of Vermont and Conservation Law Foundation*


*/s/ Elena M. Mihaly*
Elena M. Mihaly
Conservation Law Foundation, Inc.
15 East State Street, Ste. 4
Montpelier, VT 05602
Phone: (802) 622-3012
emihaly@clf.org

*Counsel for Conservation Law Foundation*