UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 AUG 25 PM 2: 35

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>*Plaintiffs*,<br>v.<br>STATE OF VERMONT, et al.,<br>*Defendants*,<br>and<br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION,<br>    *Intervenor-Defendants.* | No. 2:25-cv-00463 |
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>*Plaintiffs*,<br>and<br>STATE OF WEST VIRGINIA, et al.,<br>    *Intervenor-Plaintiffs,* v.<br>JULIE MOORE, et al.,<br>*Defendants*,<br>and<br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT AND CONSERVATION LAW FOUNDATION,<br>    *Intervenor-Defendants.* | No. 2:24-cv-01513 |

## ORDER GRANTING LEAVE TO FILE BRIEF AS *AMICI CURIAE*

Upon consideration of all parties' consent, the Motion of Economists Joseph E. Stiglitz et al. for Leave to File Brief as *Amici Curiae*, and for good cause shown,

1. The Motion for Leave to File Brief as *Amici Curiae* is hereby GRANTED;

2. *Amici* shall file their brief within three days.

SO ORDERED.

Dated at Rutland, in the District of Vermont this 25th day of August 2025.

Hon. Mary Kay Lanthier
United States District Court Judge