UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>          Plaintiffs,<br><br>WEST VIRGINIA, et al.,<br>          Intervenor-Plaintiffs,<br><br>v.<br><br>JULIE MOORE, in her official capacity as the Secretary of the Vermont Agency of Natural Resources, and<br>JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office,<br>          Defendants,<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>          Intervenor-Defendants. | Case No. 2:24-cv-1513 |

## **INTERVENOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, Intervenor-Plaintiffs respectfully move this Court for summary judgment in their favor and against Defendants on Counts I and II of their Complaint. As set out in the accompanying memorandum in support of summary judgment, Intervenor-Plaintiffs are entitled to summary judgment on Count I because Vermont's Climate Superfund Act violates the structure of the United States Constitution by legislating on matters solely within the power of the federal government. As also explained in the memorandum in support of summary judgment, Intervenor-Plaintiffs are entitled to summary judgment on Count II because the Act is preempted by the Clean Air Act. Intervenor-Plaintiffs respectfully request oral argument under Local Rule 7(a)(6).

Dated: September 15, 2025

Respectfully submitted,

*/s/ Michael W. Kirk*

Michael W. Kirk*
Adam P. Laxalt*
Megan M. Wold*
Bradley L. Larson*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
(202) 220-9600
mkirk@cooperkirk.com
alaxalt@cooperkirk.com
mwold@cooperkirk.com
blarson@cooperkirk.com

*Admitted *pro hac vice*

*/s/ Brady C. Toensing*
Brady C. Toensing
DIGENOVA & TOENSING
1775 Eye Street NW
Suite 1150
Washington, DC 20006
(202) 297-4245
Brady@digtoe.com

*Attorneys for Intervenor States*