# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>    Plaintiffs,<br> and<br><br>STATE OF WEST VIRGINIA et al.,<br>    Intervenor-Plaintiffs,<br> v.<br><br>JULIE MOORE et al.,<br>    Defendants,<br> and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>    Intervenor-Defendants. | Case No. 2:24-cv-01513 |
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>    Plaintiffs,<br> v.<br><br>STATE OF VERMONT et al.,<br>    Defendants,<br> and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>    Intervenor-Defendants. | Case No. 2:25-cv-00463 |

## **DECLARATION OF JANE LAZORCHAK**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1) I am the Program Manager of the Climate Action Office within the Vermont Agency of Natural Resources.

2) Among other things, the Climate Action Office is responsible for administering the Climate Superfund Cost Recovery Program under Vermont's Climate Superfund Act, Vt. Stat. Ann. tit. 10, §§ 596-599c.

3) The Agency of Natural Resources is tasked with adopting rules necessary to implement the Act, including:

- adopting methodologies using available science and publicly available data to identify responsible parties and determine their applicable share of covered greenhouse gas emissions; and
- requirements for registering entities that are responsible parties and issuing notices of cost recovery demands under the Program.

Vt. Stat. Ann. tit. 10, § 599a(b).

4) The Agency's deadline for adopting the specific rule(s) identified above is January 1, 2028. 2025 Vt. Acts & Resolves No. 47, Sec. 21.

5) The Agency intends to adopt the specific rule(s) identified above according to the statutory timeline, on or around January 1, 2028.

6) The Agency is tasked with issuing cost recovery demands to responsible parties under the Act. Vt. Stat. Ann. tit. 10, § 598.

7) The Agency's deadline for issuing cost recovery demands is within six months of the Agency's adoption of the rule with "requirements for registering entities that are responsible parties and issuing notices of cost recovery demands under the Program," which will be on or around July 1, 2028. *See* Vt. Stat. Ann. tit. 10, §§ 598(f), 599a(b)(2).

8) The Agency intends to issue the cost recovery demands according to the statutory timeline, on or around July 1, 2028.

DATED:     November 17, 2025
           Montpelier, Vermont

                                        */s/ Jane Lazorchak*
                                        Jane Lazorchak