UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>    Plaintiffs,<br> and<br><br>STATE OF WEST VIRGINIA et al.,<br>    Intervenor-Plaintiffs,<br> v.<br><br>JULIE MOORE et al.,<br>    Defendants,<br> and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>    Intervenor-Defendants. | Case No. 2:24-cv-01513 |
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>    Plaintiffs,<br> v.<br><br>STATE OF VERMONT et al.,<br>    Defendants,<br> and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>    Intervenor-Defendants. | Case No. 2:25-cv-00463 |

**DECLARATION OF SUE MINTER**

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

 1) I am the Climate Superfund Specialist in the Office of the State Treasurer of Vermont.

2) Under Vermont's Climate Superfund Act, the State Treasurer is tasked with assessing the "cost to the State of Vermont and its residents of covered greenhouse gas emissions." Vt. Stat. Ann. tit. 10, § 599c.

3) As Climate Superfund Specialist, my responsibilities include overseeing the development of the cost assessment required by the Act.

4) Among other things, the cost assessment will include a summary of the cost-driving effects of covered greenhouse gas emissions in Vermont, past and future costs of those effects, and Vermont's climate change adaptation costs to address covered greenhouse gas emissions.

5) The Treasurer's deadline for completing the cost assessment is January 15, 2027. 2025 Vt. Acts & Resolves No. 47, Sec. 24. The Treasurer recently selected the firm Industrial Economics, Incorporated (IEc) to support development of the cost assessment.

6) The Treasurer intends to complete the cost assessment according to the statutory timeline, on or around January 15, 2027.


DATED:      November 17, 2025                    */s/ Sue Minter*
            Montpelier, Vermont                   Sue Minter