# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>    Plaintiffs,<br> and<br><br>STATE OF WEST VIRGINIA et al.,<br>    Intervenor-Plaintiffs,<br> v.<br><br>JULIE MOORE et al.<br>    Defendants,<br> and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>    Intervenor-Defendants. | Case No. 2:24-cv-01513 |
| UNITED STATES OF AMERICA and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br>    Plaintiffs,<br> v.<br><br>STATE OF VERMONT et al.,<br>    Defendants,<br> and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>    Intervenor-Defendants. | Case No. 2:25-cv-00463 |

### DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT

  Defendants State of Vermont, Governor Philip Scott, Secretary Julie Moore, and Program Manager Jane Lazorchak move to extend the deadline to file their Reply in support of their cross-motion for summary judgment in the above-captioned cases. Currently, the State's Reply is

anticipated to be due December 29—two weeks after Plaintiffs' and Intervenor-Plaintiffs' oppositions to the State's cross-motion (due December 15). The State respectfully requests an extension until January 29.

An extension until January 29 is reasonable. The State's attorneys collectively have plans to be out of the office for more than four weeks over the holidays to spend time with family, in addition to their obligations in other cases. They will need adequate time to review, assess, and respond to filings from three sets of well-resourced plaintiffs whose legal briefs from their last set of filings totaled more than 250 pages. The State will need to synthesize and parse Plaintiffs' and Intervenor-Plaintiffs' (i) replies in support of their three motions for summary judgment and (ii) three oppositions to the State's cross-motion, and develop appropriate reply arguments for the State's cross-motion.

There will be no prejudice to Plaintiffs and Intervenor-Plaintiffs from this modest extension. The Climate Superfund Act is in the very early stages of implementation. The Treasurer's cost assessment is not due until January 15, 2027. Vt. Stat. Ann. tit. 10, § 599c. The Agency of Natural Resources' rules regarding responsible parties are not due until January 1, 2028. *Id.* § 599a(b)(1)-(2); 2025 Vt. Acts & Resolves No. 47, Sec. 21. And cost recovery demands will not be issued until mid-2028. Vt. Stat. Ann. tit. 10, § 598(f).

Pursuant to Local Rule 7(a)(7), the State certifies that it has made a good-faith attempt to obtain Plaintiffs' agreement to the extension requested. Specifically, undersigned counsel reached out to counsel for the Plaintiffs and Intervenor-Plaintiffs to seek their consent to this extension. All three sets of Plaintiffs were willing to consent to a motion to extend the State's deadline to January 12 but would not consent to January 29.

DATED December 1, 2025          Respectfully submitted,

STATE OF VERMONT

CHARITY R. CLARK
ATTORNEY GENERAL

By:    */s/ Jonathan T. Rose*
JONATHAN T. ROSE
*Solicitor General*
LAURA B. MURPHY
*Director, Environmental Protection Unit*
HANNAH W. YINDRA
PATRICK T. GAUDET
*Assistant Attorneys General*
SAMUEL B. STRATTON*
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
jonathan.rose@vermont.gov
laura.murphy@vermont.gov
hannah.yindra@vermont.gov
patrick.gaudet@vermont.gov
sam.stratton@vermont.gov

*Vermont Bar Attorney-Applicant
Admission before this Court pending