UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>               Plaintiffs,<br>   and<br><br>STATE OF WEST VIRGINIA et al.,<br>               Intervenor-Plaintiffs,<br>   v.<br><br>JULIE MOORE et al.,<br>               Defendants,<br>   and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>               Intervenor-Defendants. | Case No. 2:24-cv-01513 |

**PLAINTIFF STATES'S RESPONSE TO INTERVENOR-DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

Plaintiff States West Virginia, et. al., submit this response to the Intervenor-Defendants' Statement of Undisputed Material Facts.

1. The Vermont State Treasurer has not completed the cost assessment required under the Climate Superfund Act, Vt. Stat. Ann. tit. 10, § 599c. The Treasurer intends to complete the assessment on or around January 15, 2027. Declaration of Sue Minter ¶ 6, ECF No. 110-4 (*Chamber* case), ECF No. 54-4 (*United States* case).

**Response: Undisputed.**

2. The Vermont Agency of Natural Resources has not completed the proposed or final rulemakings required under the Climate Superfund Act. The Agency intends to complete the rulemakings on or around January 1, 2028. Declaration of Jane Lazorchak ¶ 5, ECF No. 110-3

1

(*Chamber* case), ECF No. 54-3 (*United States* case). The Agency intends to issue cost recovery demands on or around July 1, 2028. *Id.* ¶ 8.

    **Response: Undisputed.**

Dated: December 15, 2025                          Respectfully submitted,

                                                                     */s/ Michael W. Kirk*
                                                                     Michael W. Kirk*
                                                                     Adam P. Laxalt*
                                                                     Megan M. Wold*
                                                                     Bradley L. Larson*
                                                                     COOPER & KIRK, PLLC
                                                                     1523 New Hampshire Ave., N.W.
                                                                     Washington, D.C. 20036
                                                                     Telephone: (202) 220-9600
                                                                     Facsimile: (202) 220-9601
                                                                     mkirk@cooperkirk.com
                                                                     alaxalt@cooperkirk.com
                                                                     mwold@cooperkirk.com
                                                                     blarson@cooperkirk.com

                                                                     *Admitted *pro hac vice*

                                                                     */s/ Brady C. Toensing*
                                                                     Brady C. Toensing
                                                                     DIGENOVA & TOENSING
                                                                     1775 Eye Street NW
                                                                     Suite 1150
                                                                     Washington, DC 20006
                                                                     (202) 297-4245
                                                                     Brady@digtoe.com

                                                                     *Counsel for Intervenor States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December, 2025, Plaintiff States's Response to Intervenor-Defendants' Statement of Undisputed Material Facts was served on Defendants' counsel via CM/ECF system that will forward copies to all Counsel of Record.

*/s/ Michael W. Kirk*
Michael W. Kirk

*Attorney for Intervenor States*