UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br>    Plaintiffs,<br> and<br><br>STATE OF WEST VIRGINIA et al.,<br>    Intervenor-Plaintiffs,<br> v.<br><br>JULIE MOORE et al.,<br>    Defendants,<br> and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br>    Intervenor-Defendants. | Case No. 2:24-cv-01513 |

**PLAINTIFF STATES' RESPONSE TO VERMONT DEFENDANTS'
STATEMENT OF UNDISPUTED MATERIAL FACTS**

  Plaintiff States West Virginia, et. al., submit this response to the Vermont Defendants' Statement of Undisputed Material Facts. ECF No. 110-2.

  1. The Vermont State Treasurer has not completed the cost assessment required under the Climate Superfund Act, Vt. Stat. Ann. tit. 10, § 599c. The Treasurer intends to complete the assessment on or around January 15, 2027. Declaration of Sue Minter ¶ 6 (attached).

  **Response: Undisputed.**

  2. The Vermont Agency of Natural Resources has not completed the rulemakings required under the Climate Superfund Act, Vt. Stat. Ann. tit. 10, § 599a. The Agency intends to complete the rulemakings on or around January 1, 2028. Declaration of Jane Lazorchak ¶ 5 (attached). The Agency intends to issue cost recovery demands on or around July 1, 2028. *Id.* ¶ 8.

  **Response: Undisputed.**

Dated: December 15, 2025                                        Respectfully submitted,

/s/ Michael W. Kirk
Michael W. Kirk*
Adam P. Laxalt*
Megan M. Wold*
Bradley L. Larson*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
mkirk@cooperkirk.com
alaxalt@cooperkirk.com
mwold@cooperkirk.com
blarson@cooperkirk.com

*Admitted *pro hac vice*

/s/ Brady C. Toensing
Brady C. Toensing
DIGENOVA & TOENSING
1775 Eye Street NW
Suite 1150
Washington, DC 20006
(202) 297-4245
Brady@digtoe.com

*Counsel for Intervenor States*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2025, Plaintiff States's Response to Vermont Defendants' Statement of Undisputed Material Facts was served on Defendants' counsel via CM/ECF system that will forward copies to all Counsel of Record.

*/s/ Michael W. Kirk*
Michael W. Kirk

*Attorney for Intervenor States*
