NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

Chamber of Commerce of the United States of America et al

    v.                                                                               Case No. 2:24-cv-1513

Julie Moore, et al


United States of America, United States Environmental Protection Agency

    v.                                                                               Case No. 2:25-cv-463

State of Vermont, et al


TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Monday, March 30, 2026 in Rutland, Vermont, before the Honorable Mary Kay Lanthier, District Judge, for a hearing on Motions.

Motions in 24-cv-1513: Motion to Dismiss Case for Lack of Jurisdiction and for Failure to State a Claim (Doc 76), Motion to Dismiss case for Lack of Jurisdiction and Failure to State a Claim (Doc 84), Motion for Partial Summary Judgment on Counts I and II (Doc 100), Motion for Summary Judgment (Doc 102), Cross Motion for Partial Summary Judgment (Doc 110), and Cross Motion for Summary Judgment (Doc 113) .

Motions in 25-cv-463: Motion to Dismiss Case for Lack of Jurisdiction and for Failure to State a Claim (Doc 35), Motion to Dismiss for Lack of Jurisdiction (Doc 43), Motion for Summary Judgment (Doc 50), Cross Motion for Summary Judgment (Doc 54), Cross Motion for Summary Judgment (Doc 57).


Location: Main Courtroom, 2nd Floor            JEFFREY S. EATON, Clerk
                                                            By: */s/ Jessica Millington*
                                                            Deputy Clerk
                                                            2/19/2026

*Distribution list on following page.

TO:

Bridget C. Asay, Esq.
Jared B. Magnuson, Esq.
Jennifer B. Dickey, Esq.
Kevin R. Palmer, Esq.
Meredith R. Pottorff, Esq.
Michael B. Schon, Esq.
Ryan P. Myers, Esq.
Scott A. Keller, Esq.
Steven P. Lehotsky, Esq.
Mathew B. Byrne, Esq.
Adam P. Laxalt, Esq.
Bradley Larson, Esq.
Brandy C. Toensing, Esq.
Caleb B. David, Esq.
Megan M. Wold, esq.
Michael W. Kirk, Esq.
Michael R. Williams, Esq.
Robert M. Overing, Esq.
Thomas C. Mooney-Myers, Esq.
Autumn H. Patterson, Esq.
Christine K. Pratt, Esq.
Elijah J. O'Kelly, Esq.
Michael A. Zarian, Esq.
James A. Barta, Esq.
Eric H. Wessan, Esq.
James R. Rodriquez, Esq.
James Woodall, Esq.
Victoria Maddox, Esq.
Jorge B. Aguinaga, Esq.
Samuel C. Freeland, Esq.
Christian B. Corrigan, Esq.
Zachary A. Viglianco, Esq.
Philip Axt, Esq.
Mathura J. Sridharan, Esq.
Cullen D. Sweeney, Esq.
Garry M. Gaskins, Esq.
J. Emory Smith, Jr., Esq.
Emily M. Greco, Esq.
Jame M. Rice, Esq.
Ryan G. Kercher, Esq.
Zachary W. Berg, Esq.
Gary T. Wight, Esq.
Ryan Schelhaas, Esq.

Hannah W. Yindra, Esq.
Jonathan T. Rose, Esq.
Laura B. Murphy, Esq.

Patrick T. Gaudet, Esq.
Samuel B. Stratton, Esq.
Adeline S. Rolnick, Esq.
Mitchell S. Bernard, Esq.
Elena M. Mihaly, Esq.
Jennifer K. Rushlow, Esq.
David K. Mears, Esq.
Jonathan S. Abady, Esq.
Matthew D. Brinckerhoff, Esq.
Vivake Prasad, Esq.

Sunnie Donath, Court Reporter

2:24-cv-01513-mkl     Document 130     Filed 02/19/26     Page 3 of 3