**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | | |
|---|---|---|
| CHAMBER OF COMMERCE OF THE | ) | |
| UNITED STATES OF AMERICA and | ) | |
| AMERICAN PETROLEUM INSTITUTE, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| WEST VIRGINIA, et al., | ) | |
| Intervenor-Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-1513 |
| | ) | |
| JULIE MOORE, in her official capacity as | ) | |
| the Secretary of the Vermont Agency of | ) | |
| Natural Resources, and | ) | |
| JANE LAZORCHAK, in her official capacity as | ) | |
| the Director of the Vermont Agency of | ) | |
| Natural Resources Climate Action Office, | ) | |
| Defendants, | ) | |
| | ) | |
| NORTHEAST ORGANIC FARMING | ) | |
| ASSOCIATION OF VERMONT and | ) | |
| CONSERVATION LAW FOUNDATION, | ) | |
| Intervenor-Defendants. | ) | |

**INTERVENOR STATES' RESPONSE TO**
**INTERVENOR-DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Intervenor-Defendants have once more filed a "notice of supplemental authority" that misunderstands both the new authority invoked and the States' arguments in this case. *See* ECF No. 147. In response, the U.S. Chamber of Commerce and American Petroleum Institute have already well explained why *Hencely v. Fluor Corp.*, 146 S. Ct. 1086 (2026), changes nothing about this case. *See* ECF No. 148. The States add just a few further points.

*Hencely* reaffirms that, in "areas of uniquely federal interest," a state law may be preempted when a "significant conflict" arises "between an identifiable federal policy or interest and the operation of [that] state law." 146 S. Ct. at 1094. The States have squarely identified such a conflict here, as the Supreme Court recognized decades ago that interstate pollution is indeed such a "unique" federal sphere. *See Illinois v. City of Milwaukee*, 406 U.S. 91, 93 (1972); *see also Int'l Paper Co. v. Ouellette*, 479 U.S. 481, 487-88 (1987). Vermont's law presents a direct conflict with that unique federal interest by punishing conduct deemed lawful both by federal law and the law of the source state. It accordingly invites a "balkanization of clean air regulations and a confused patchwork of standards" that would harm "industry and the environment alike." *North Carolina ex rel. Cooper v. Tenn. Valley Auth.*, 615 F.3d 291, 296 (4th Cir. 2010) (Wilkinson, J.). Put differently, only federal law, "not the varying … law of individual states," can serve as a "basis for dealing in uniform standard with the environmental rights of [each] State." *Milwaukee*, 406 U.S. at 108 n.9.

Beyond that, *Hencely* has nothing much to offer here. The Intervenor-Defendants read the decision to bar preemption by way of constitutional structure, but it does no such thing. *Hencely* recognized, as the States say, that preemption can "stem from … the Constitution itself." 146 S. Ct. at 1093. It then concluded that the Constitution's grant of war powers to Congress didn't sweepingly exclude any role for States on any matter that might touch the battlefield. *Id.* at 1097-

1

99.  The States have never pressed this kind of flawed *expressio unius* argument against Vermont's law.  Rather, they've explained—consistent with supporting Supreme Court precedent aplenty—that various provisions of the Constitution enshrine a "rule against extraterritorial regulation" of the sort Vermont imposes here.  *See* ECF No. 201-1 at 35.  And beyond that, this extraterritoriality doctrine is a form of *horizontal* preemption, not *vertical* preemption.  *See Brown v. Fletcher's Est.*, 210 U.S. 82, 89 (1908) ("The several States are of equal dignity and authority, and the independence of one implies the exclusion of power from all others.").  So the conflicts that matter are those that arise among the *States*.  Yet Vermont has never been able to explain how its punitive Superfund Act can be reconciled with the pro-energy policies of the States.

Lastly, Intervenor-Defendants try to wield the United States's amicus brief in *Hencely* against the plaintiffs and States.  But perhaps the more relevant amicus brief in *Hencely* proved to be the bipartisan brief joined by several of the States.  *See* Br. of Amicus Curiae State of W. Va. and 19 Other States, *Hencely v. Fluor*, 146 S. Ct. 1086 (2026) (24-924), 2025 WL 2323437.  Echoing the analysis that the Court ultimately adopted, that brief explained how courts had erred in extending the Federal Tort Claims Act to bar claims against military contractors *when the FTCA expressly disclaims any application to military contractors*.  *Id.* at 4-6.  In other words, *Hencely* was fundamentally about flawed statutory construction.  But unlike the FTCA, nothing in the Clean Air Act expressly disclaims preemption—quite the opposite.  When Congress addressed interstate emissions in the Clean Air Act, it sought to "leave [no] room for State regulation of out-of-State emissions."  ECF No. 124 at 42.

*Hencely* thus supports the States' positions.  The Court should grant summary judgment in their favor.

Respectfully submitted,

Dated: May 22, 2026

JOHN B. MCCUSKEY
  ATTORNEY GENERAL OF WEST VIRGINIA

*/s/ Michael W. Kirk*
Michael W. Kirk*
Adam P. Laxalt*
Megan M. Wold*
Bradley L. Larson*
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C., 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
mkirk@cooperkirk.com
alaxalt@cooperkirk.com
blarson@cooperkirk.com
mwold@cooperkirk.com

*/s/ Michael R. Williams*
Michael R. Williams*
  *Solicitor General*
Caleb B. David*
  *Deputy Solicitor General*

Office of the Attorney General
of West Virginia
State Capitol Complex
Building 1, Room E-26
1900 Kanawha Blvd. E
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov
caleb.b.david@wvago.gov

*/s/ Brady C. Toensing*
Brady C. Toensing
diGenova & Toensing
1775 Eye Street NW
Suite 1150
Washington, DC 20006
(202) 297-4245
Brady@digtoe.com

*Counsel for State of West Virginia*

STEVE MARSHALL
  ATTORNEY GENERAL OF ALABAMA

STEPHEN J. COX
  ATTORNEY GENERAL OF ALASKA

*/s/ Robert M. Overing*
Robert M. Overing*
  *Deputy Solicitor General*

*/s/ Thomas Mooney-Myers*
Thomas Mooney-Myers*
  *Assistant Attorney General*

Office of the Attorney General
of Alabama
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Robert.Overing@AlabamaAG.gov

Alaska Department of Law
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
(907) 269-5100
thomas.mooney-myers@alaska.gov

*Counsel for State of Alaska*

*Counsel for State of Alabama*

3

TIM GRIFFIN
  ATTORNEY GENERAL OF ARKANSAS

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson*
  *Solicitor General*

Office of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-3661
Autumn.Patterson@Arkansasag.Gov

*Counsel for State of Arkansas*


CHRISTOPHER M. CARR
  ATTORNEY GENERAL OF GEORGIA

John Henry Thompson
  *Solicitor General*

*/s/ Elijah O'Kelley*
Elijah O'Kelley*
  *Principal Deputy Solicitor General*

Office of the Attorney General of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334
(470) 816-1342
eokelley@law.ga.gov

*Counsel for State of Georgia*


JAMES UTHMEIER
  ATTORNEY GENERAL OF FLORIDA

*/s/ Christine Pratt*
Christine Pratt (FBN 0100351)*
  *Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
Christine.pratt@myfloridalegal.com

*Counsel for the State of Florida*


RAÚL R. LABRADOR
  ATTORNEY GENERAL OF IDAHO

*/s/ Michael A. Zarian*
Michael A. Zarian #12418ID*
  *Solicitor General*

Office of the Idaho Attorney General
700 W. Jefferson St., Suite 210
P.O. Box 83720
Boise, Idaho 83720
(208) 334-2400
michael.zarian@ag.idaho.gov

*Counsel for State of Idaho*

4

THEODORE E. ROKITA
  ATTORNEY GENERAL OF INDIANA

*/s/ James A. Barta*
James A. Barta*
  *Solicitor General*

Indiana Attorney General's Office
IGCS – 5th Floor
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
james.barta.atg.in.gov

*Counsel for State of Indiana*


KRIS W. KOBACH
  ATTORNEY GENERAL OF KANSAS

*/s/ Jay Rodriguez*
Jay Rodriguez*
  Assistant Attorney *General*

Office of the Kansas Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel.: (785) 368-8539
Fax: (785) 296-3131
Jay.rodriguez@ag.ks.gov

*Counsel for State of Kansas*


BRENNA BIRD
  ATTORNEY GENERAL OF IOWA

/s/ *Eric H. Wessan*
Eric H. Wessan*
  *Solicitor General*

1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*


RUSSELL COLEMAN
  ATTORNEY GENERAL OF KENTUCKY

*/s/ Jason P. Woodall*
Jason P. Woodall (KBA No. 95013)*

Kentucky Office of the Attorney General
310 Whittington Parkway, Suite 101
Louisville, KY  40222
(502) 696-5300
Jason.Woodall@ky.gov

*Counsel for Commonwealth of Kentucky*

5

LIZ MURRILL
  ATTORNEY GENERAL OF LOUISIANA

/s/ *J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga*
  *Solicitor General*

Office of the Louisiana Attorney General
1885 N. Third Street
Baton Rouge, LA 70802
(225) 326-6705
AguinagaB@ag.louisiana.gov

*Counsel for State of Louisiana*


AUSTIN KNUDSEN
  ATTORNEY GENERAL OF MONTANA

/s/ *Christian B. Corrigan*
Christian B. Corrigan*
  *Solicitor General*

Montana Department of Justice
215 N. Sanders Street
Helena, Montana 59601
(406) 444-2707
christian.corrigan@mt.gov

*Counsel for State of Montana*

CATHERINE HANAWAY
  ATTORNEY GENERAL OF MISSOURI

/s/ *Alexandria L. Overcash*
Alexandria L. Overcash*
  *Assistant Solicitor General*

Office of The Missouri Attorney General
Solicitor General
Office of Missouri Attorney General
815 Olive Street
St Louis, MO 63101
717-802-2077
Email: alexandria.overcash@ago.mo.gov

*Counsel for State of Missouri*


MICHAEL T. HILGERS
  ATTORNEY GENERAL OF NEBRASKA

/s/ *Zachary A. Viglianco*
Zachary A. Viglianco*
  *Principal Deputy Solicitor General*

Nebraska Department of Justice
2115 State Capitol
Lincoln, Nebraska 68509
Tel.: (402) 471-2683
Fax: (402) 471-3297
zachary.viglianco@nebraska.gov

*Counsel for State of Nebraska*

DREW H. WRIGLEY
  ATTORNEY GENERAL OF NORTH DAKOTA

*/s/ Philip Axt*
Philip Axt*
  *Solicitor General*

600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Phone: (701) 328-2210
Email: pjaxt@nd.gov

*Counsel for the State of North Dakota*


GENTNER DRUMMOND
  ATTORNEY GENERAL OF OKLAHOMA

*/s/ Garry M. Gaskins, II*
Garry M. Gaskins, II*
  *Solicitor General*

Office of the Attorney General of
Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov

*Counsel for State of Oklahoma*


DAVE YOST
  ATTORNEY GENERAL OF OHIO

*/s/ Mathura Sridharan*
Mathura Sridharan *
  *Solicitor General*

30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-466-8980
Email: mathura.sridharan@ohioago.gov

*Counsel for the State of Ohio*


ALAN WILSON
  ATTORNEY GENERAL OF SOUTH CAROLINA

*/s/ J. Emory Smith, Jr.*
J. Emory Smith, Jr.*
  *Solicitor General*

Office of the Attorney General of
South Carolina
Post Office Box 11549
Columbia, South Carolina 29211
(803) 734-3680
esmith@scag.gov

*Counsel for State of South Carolina*

7

MARTY J. JACKLEY
  ATTORNEY GENERAL OF SOUTH DAKOTA

/s/ Emily Greco
Emily Greco*
 *Assistant Attorney General*

South Dakota Attorney General's Office
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501
605-773-3215
emily.greco@state.sd.us

*Counsel for State of South Dakota*

KEN PAXTON
  ATTORNEY GENERAL OF TEXAS

Brent Webster
*First Assistant Attorney General*

Ralph Molina
*Deputy First Assistant Attorney General*

Ryan Walters
*Deputy Attorney General for Legal Strategy*

/s/ Ryan G. Kercher
Ryan G. Kercher*
 *Chief, Special Litigation Division*
Texas Bar No. 24060998

Zachary Berg*
 *Special Litigation Division*
Tex. State Bar No. 24107706

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Kercher@oag.texas.gov
Zachary.Berg@oag.texas.gov

*Counsel for State of Texas*

JONATHAN SKRMETTI, ATTORNEY GENERAL
AND REPORTER OF TENNESSEE

/s/ J. Matthew Rice
J. Matthew Rice*
 *Solicitor General*

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
615-532-6026
Email: matt.rice@ag.tn.gov

*Counsel for State of Tennessee*

DEREK E. BROWN
  ATTORNEY GENERAL OF UTAH

/s/ Gary T. Wight
Gary T. Wight (Utah Bar No. 10994)*
 *Assistant Attorney General*

1594 West North Temple, Suite 300
Salt Lake City, Utah 84116
(801) 538-7227
gwight@agutah.gov

*Counsel for State of Utah*

KEITH G. KAUTZ
  ATTORNEY GENERAL OF WYOMING

/s/ Ryan Schelhaas
Ryan Schelhaas*
 *Chief Deputy Attorney General*

Office of the Wyoming Attorney General
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
ryan.schelhaas@wyo.gov

*Counsel for State of Wyoming*

*pro hac vice

8