**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and AMERICAN PETROLEUM INSTITUTE,<br><br>*Plaintiffs*,<br><br>and<br><br>STATE OF WEST VIRGINIA, et al.,<br><br>*Intervenor-Plaintiffs*,<br><br>v.<br><br>JULIE MOORE, in her official capacity as the Secretary of the Vermont Agency of Natural Resources, and JANE LAZORCHAK, in her official capacity as the Director of the Vermont Agency of Natural Resources Climate Action Office,<br><br>*Defendants*,<br><br>and<br><br>NORTHEAST ORGANIC FARMING ASSOCIATION OF VERMONT and CONSERVATION LAW FOUNDATION,<br><br>*Intervenor-Defendants*. | Civil Action No. 2:24-cv-01513-MKL |

**MOTION TO WITHDRAW AS COUNSEL**

Plaintiffs the Chamber of Commerce of the United States of America and American Petroleum Institute hereby move to withdraw Jennifer B. Dickey as counsel for the Chamber of Commerce of the United States of America in the above-captioned matter and respectfully request that she be terminated from the electronic docket. The Chamber of Commerce of the United States of American will continue to be represented by Steven P. Lehotsky, Michael B. Schon, Jared B. Magnuson, Meredith R. Pottorff, Matthew B. Byrne, and Kevin R. Palmer.

Respectfully submitted,

*/s/ Jennifer B. Dickey*
Jennifer B. Dickey
US CHAMBER LITIGATION CENTER
1615 H Street NW
Washington, DC 20062-0001
202-313-8543
jdickey@uschamber.com

**CERTIFICATE OF SERVICE**

I certify that on September 25, 2026, I electronically filed the foregoing with the Clerk of the Court via CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the CM/ECF system.

*/s/ Jennifer B. Dickey*
Jennifer B. Dickey